UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-146-BO

| | | |
|---|---|---|
| ROI REVOLUTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| NOBILIS HEALTH CORP., | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court *sua sponte* based on the Court's authority to manage its own docket. On October 25, 2019, defendant, Nobilis Health, notified the Court that it had filed a voluntary petition under Chapter 7 in the District of Delaware. The filing of the bankruptcy petition appears to operate as an automatic stay of this litigation against Nobilis pursuant to 11 U.S.C. § 362.

Accordingly, this case is STAYED. The parties are DIRECTED to notify the Court when the stay may be lifted.

SO ORDERED, this _18_ day of April, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE